

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00742-CR

Kyle **HINOJOSA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6519A
Honorable Lorina Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 31, 2018.

Luz Elena D. Chapa, Justice